UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY ANTHONY MORROW, | Case No. 3:17-cv-00580-MMD-CBC |
| Petitioner, | |
| v. | ORDER |
| BRIAN E. WILLIAMS, SR., *et al.*, | |
| Respondents. | |

Respondents filed a motion for extension of time to file a reply in support of their motion to dismiss Troy Anthony Morrow's pro se 28 U.S.C. § 2254 petition for a writ of habeas corpus (ECF No. 26). The Court finds Respondents have shown good cause to justify granting the motion.

It is therefore ordered that Respondents' motion for extension of time to file a reply in support of the motion to dismiss (ECF No. 26) is granted *nunc pro tunc*.

DATED THIS 14th day of March 2019.

_____
MIRANDA M. DU
U.S. DISTRICT COURT JUDGE